# United States District Court FILED

SOUTHERN DISTRICT OF CALIFORNIA  07 DEC 20 PM 4:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs

JD COLLISION CENTER, INC.;
PRECISION MOTORS; MD AUTO
REPAIR & TIRES; JAMACHA ROAD
ASSOCIATES, LLC and DOES 1
THROUGH 10, Inclusive,

    Defendants.

SUMMONS IN A CIVIL ACTION
BY: _____ DEPUTY
Case No.

**07 CV 2396 IEG WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.        DEC 2 0 2007

CLERK        DATE
ARVAUNTI VICTORIA

By _____, Deputy Clerk

Summons in a Civil Action      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)