UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAREL SPIKES, | Civil No. 07CV2396-IEG (WMc) |
|---|---|
| Plaintiffs, | **NOTICE AND ORDER CONTINUING EARLY NEUTRAL EVALUATION** |
| v. | |
| JD COLLISION CENTER, INC, et al. | |
| Defendants. | |

Due to the requirements contained in the Court' order originally scheduling the Early Neutral Evaluation Conference ("ENE") for **February 11, 2008** at **2:00 p.m.** the Court shall continue the ENE to **February 27, 2008, at 9:30 a.m.** The parties shall make the necessary timing adjustments to the requirements contained in the original order. All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: January 30, 2008

_WMcCurine Jr._
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court