Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs

JD COLLISION CENTER, INC.;
PRECISION MOTORS; MD AUTO
REPAIR & TIRES; JAMACHA ROAD
ASSOCIATES, LLC and DOES 1
THROUGH 10, Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'07 CV 2396 IEG WMc**

TO: (Name and Address of Defendant)

*MD Auto Repair & Tires*
*8750 Jamacha Road*
*Spring Valley, CA 91977*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

ARVAUN VICTORIA (SEAL)

By _____, Deputy Clerk

DEC 2 0 2007

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : PLAINTIFF

Ref. No.      : 0297904-01
Atty. File No. : 07CV2396IEGWMC

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF     : KAREL SPIKES
DEFENDANT     : JD COLLISION CENTER, INC., et al.

Case No.: 07 CV 2396 IEG WMc
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    :   MD AUTO REPAIR & TIRES
                          AUTHORIZED AGENT FOR SERVICE: HECTOR SANCHEZ/RICARDO SANCHEZ
   b. Person served  :   NUSER "DOE", MANAGER
                         (IRAQ/M/48YRS/5'8"/180LBS/BROWN/BLACK)

4. Address where the party was served  8750 JAMACHA RD.
                                       SPRING VALLEY, CA  91977     (Business)

5. I served the party
   b. **by substituted service.** On January 11, 2008 at 12:04 PM I left the documents listed in item 2
      with or in the presence of   NUSER "DOE", MANAGER,
                                   IRAQ/M/48YRS/5'8"/180LBS/BROWN/BLACK
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:        MD AUTO REPAIR & TIRES
                           AUTHORIZED AGENT FOR SERVICE: HECTOR SANCHEZ/RICARDO SANCHEZ
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. RODRIGO LORA
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $52.75
   e. I am:
      (3) a registered California process server
          (i)   an independent contractor
          (ii)  Registration No.: 479
          (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 24, 2008        Signature: _____
                                         RODRIGO LORA

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883                    Ref. No.      : 0297904-01
Attorney for : PLAINTIFF        Atty. File No.  : 07CV2396IEGWMC

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 07 CV 2396 IEG WMc |
| DEFENDANT | : JD COLLISION CENTER, INC., et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 01/09/08.  After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served        MD AUTO REPAIR & TIRES
                    AUTHORIZED AGENT FOR SERVICE: HECTOR SANCHEZ/RICARDO SANCHEZ

Business    :       8750 JAMACHA RD., SPRING VALLEY  CA  91977

Attempts to effect service are as follows:

01/09/08 04:38P   Attempted service at business; subject not in
01/10/08 07:50A   Attempted service at business; subject not in
01/11/08 12:04P   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 24, 2008                     Signature: _____
                                                      RODRIGO LORA

Jud. Coun. form, rule 982.9                **DECLARATION RE DILIGENCE**

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883                              Ref. No.         : 0297904-01
Attorney for : PLAINTIFF                  Atty. File No.   : 07CV2396IEGWMC

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF    : KAREL SPIKES | | Case No.: 07 CV 2396 IEG WMc |
| DEFENDANT : JD COLLISION CENTER, INC., et al. | | **DECLARATION OF MAILING** |

RE:   MD AUTO REPAIR & TIRES
      AUTHORIZED AGENT FOR SERVICE: HECTOR SANCHEZ/RICARDO SANCHEZ

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On January 23, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

MD AUTO REPAIR & TIRES
AUTHORIZED AGENT FOR SERVICE: HECTOR SANCHEZ/RICARDO SANCHEZ
8750 JAMACHA RD.
SPRING VALLEY, CA  91977

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 23, 2008 at SAN DIEGO, California.

Signature: _____
            FELICIA M. ORTIZ

**DECLARATION OF MAILING**