Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

    vs

JD COLLISION CENTER, INC.; PRECISION MOTORS; MD AUTO REPAIR & TIRES; JAMACHA ROAD ASSOCIATES, LLC and DOES 1 THROUGH 10, Inclusive,

    Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

**'07 CV 2396 IEG WMc**

TO: (Name and Address of Defendant)

*Precision Motors*
*8740 Jamacha Road, Suite A*
*Spring Valley, CA 91977*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DEC 2 0 2007

W. Samuel Hamrick, Jr.
CLERK

By ARVAUN VICTORIA (SEAL), Deputy Clerk

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : PLAINTIFF

Ref. No.        : 0297904-02
Atty. File No.  : 07CV2396IEGWMC

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : KAREL SPIKES
DEFENDANT    : JD COLLISION CENTER, INC., et al.

Case No.: 07 CV 2396 IEG WMc

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    : PRECISION MOTORS
   b. Person served   : RICARDO SANCHEZ, OWNER/AUTHORIZED AGENT
                       (HISP/M/65YRS/5'7"/145LBS/BROWN/BLACK)

4. Address where the party was served 8740 JAMACHA ROAD    SUITE A
                                      SPRING VALLEY, CA 91977    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 11, 2008 (2) at: 12:08 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    PRECISION MOTORS
      under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. RODRIGO LORA
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $50.75
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 479
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 15, 2008          Signature: _____
                                           RODRIGO LORA

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**