1  **TOMAS A. SHPALL, ESQ. (SBN 108622)**
   *ROSENBERG, SHPALL & ASSOCIATES*
2  A PROFESSIONAL LEGAL CORPORATION
   WELLS FARGO PLAZA
3  401 "B" Street, Suite 2209
   San Diego, California 92101
4  Telephone: (619) 232-1826
   Facsimile: (619) 232-1859
5
   Attorney for: **Defendants/JD COLLISION CENTER, INC.;**
6  **MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC**

7

8                        **UNITED STATES DISTRICT COURT**

9                        **SOUTHERN DISTRICT OF CALIFORNIA**

10 | KAREL SPIKES,                              | ) | Case No.: 07 CV 2396 IEG WMc |
   |                                             | ) |                               |
11 |                                             | ) | **DEFENDANTS JD COLLISION**   |
   |              Plaintiff,                     | ) | **CENTER, INC.; MD AUTO REPAIR &** |
12 | v.                                          | ) | **TIRES and JAMACHA ROAD**    |
   |                                             | ) | **ASSOCIATES, LLC's DEMAND FOR** |
13 | JD COLLISION CENTER, INC.; PRECISION        | ) | **JURY TRIAL**                |
   | MOTORS; MD AUTO REPAIR & TIRES,             | ) |                               |
14 | JAMACHA ROAD ASSOCIATES, LLC and            | ) | FRCP Rule 38                  |
   | Does 1-21, Inclusive                        | ) |                               |
15 |                                             | ) |                               |
   |                                             | ) |                               |
16 |              Defendants.                    | ) |                               |
   |                                             | ) |                               |

17

18         Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants/JD COLLISION

19 CENTER, INC.; MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC

20 hereby request a jury trial.

21

22 Respectfully Submitted:
                                                     ROSENBERG, SHPALL & ASSOCIATES, APLC
23

24 February 1, 2008
   _____                    _____
25 Date                                              Tomas A. Shpall, Attorney for Defendants
                                                     JD COLLISION CENTER, INC.
26                                                   MD AUTO REPAIR & TIRES
                                                     JAMACHA ROAD ASSOCIATES, LLC
27

28

Case No: 07-CV 2396 IEG WMc
*Karel Spikes b. JD Collision Center, et al.*

**TOMAS A. SHPALL, ESQ. (SBN 108622)**
*ROSENBERG, SHPALL & ASSOCIATES*
A PROFESSIONAL LEGAL CORPORATION
WELLS FARGO PLAZA
**401 "B" Street, Suite 2209**
**San Diego, California 92101**
**Telephone: (619) 232-1826**
**Facsimile: (619) 232-1859**

Attorney for: **Defendants/JD COLLISION CENTER, INC.;**
**MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC**
**Defendant/PRECISION MOTORS**

**PROOF OF SERVICE VIA FIRST CLASS MAIL**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in San Diego County, California and not a party to the above-entitled action. On February 1, 2008, I served a true copy of **Defendants/JD COLLISION CENTER, INC.; MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC REQUEST FOR JURY DEMAND** by personally delivering it to the person indicated below in the matter as provided by FRCivP 5(b) by depositing it in the United States mail in a sealed envelope with postage thereon fully prepaid to the following:

Amy B. Vandeveld, Esquire
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California 92101
(*Attorney for Plaintiff KAREL SPIKES*)

F. Sigmund Luther, Esquire
401 West "A" Street, Suite 1625
San Diego, California 92101
(*Attorney for Defendant JAMACHA ROAD ASSOCIATES, LLC*)

I hereby certify that I am employed at the office of a member of the Bar of the Court at whose direction this service was made.

I hereby certify under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

_____
Laura M. Harter

Z:\EMELIE\My Documents\Documents\TOM\JD MD Precision Auto\Pleadings\Jury Demand.wpd