**TOMAS A. SHPALL, ESQ. (SBN 108622)**
*ROSENBERG, SHPALL & ASSOCIATES*
A PROFESSIONAL LEGAL CORPORATION
WELLS FARGO PLAZA
401 "B" Street, Suite 2209
San Diego, California  92101
Telephone: (619) 232-1826
Facsimile: (619) 232-1859

Attorney for: **Defendants/JD COLLISION CENTER, INC.; MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, | Case No.: 07 CV 2396 IEG WMc |
| Plaintiff, | **DEFENDANTS JD COLLISION CENTER, INC.; MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC's DEMAND FOR JURY TRIAL** |
| v. | |
| JD COLLISION CENTER, INC.; PRECISION MOTORS; MD AUTO REPAIR & TIRES, JAMACHA ROAD ASSOCIATES, LLC and Does 1-21, Inclusive | FRCP Rule 38 |
| Defendants. | |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants/JD COLLISION CENTER, INC.;  MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC hereby request a jury trial.

Respectfully Submitted:

ROSENBERG, SHPALL & ASSOCIATES, APLC

February 1, 2008
_____       _____
Date                                                              Tomas A. Shpall, Attorney for Defendants
                                                                      JD COLLISION CENTER, INC.
                                                                      MD AUTO REPAIR & TIRES
                                                                      JAMACHA ROAD ASSOCIATES, LLC

Case No: 07-CV 2396 IEG WMc
*Karel Spikes b. JD Collision Center, et al.*

**TOMAS A. SHPALL, ESQ. (SBN 108622)**
*ROSENBERG, SHPALL & ASSOCIATES*
A PROFESSIONAL LEGAL CORPORATION
WELLS FARGO PLAZA
**401 "B" Street, Suite 2209
San Diego, California  92101
Telephone: (619) 232-1826
Facsimile: (619) 232-1859**

Attorney for: **Defendants/JD COLLISION CENTER, INC.;
MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC
Defendant/PRECISION MOTORS**

## PROOF OF SERVICE VIA FIRST CLASS MAIL

I, the undersigned, certify and declare that I am over the age of 18 years, employed in San Diego County, California and not a party to the above-entitled action.  On February 1, 2008, I served a true copy of **Defendants/JD COLLISION CENTER, INC.;  MD AUTO REPAIR & TIRES and JAMACHA ROAD ASSOCIATES, LLC REQUEST FOR JURY DEMAND** by personally delivering it to the person indicated below in the matter as provided by FRCivP 5(b) by depositing it in the United States mail in a sealed envelope with postage thereon fully prepaid to the following:

Amy B. Vandeveld, Esquire
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California 92101
(*Attorney for Plaintiff KAREL SPIKES*)

F. Sigmund Luther, Esquire
401 West "A" Street, Suite 1625
San Diego, California 92101
(*Attorney for Defendant JAMACHA ROAD ASSOCIATES, LLC*)

I hereby certify that I am employed at the office of a member of the Bar of the Court at whose direction this service was made.

I hereby certify under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

_____
Laura M. Harter

Z:\EMELIE\My Documents\Documents\TOM\JD MD Precision Auto\Pleadings\Jury Demand.wpd