# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                                  Plaintiff,<br>   vs.<br>J.D. COLLISION CENTER, INC., et al.,<br><br>                                Defendant. | CASE NO. 07cv2396-IEG (WMc)<br><br>ORDER |

Counsel have informed the Court that a settlement has been reached in the above captioned case. Therefore, a telephonic Settlement Disposition Conference will be held *April 4, 2008*, at *9:15 a.m.* in the chambers of Magistrate Judge William McCurine, Jr. unless a signed joint motion for dismissal of this case is filed and **a copy of the joint motion is provided to the chambers of Magistrate Judge McCurine, Jr. prior to that time**. **COUNSEL FOR PLAINTIFF IS INSTRUCTED TO INITIATE THE CALL.**

IT IS SO ORDERED.

DATED: February 24, 2008

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court