```
 1  Amy B. Vandeveld, State Bar No. 137904
    LAW OFFICES OF AMY B. VANDEVELD
 2  1850 Fifth Avenue, Suite 22
    San Diego, California  92101
 3  Telephone:  (619) 231-8883
    Facsimile:  (619) 231-8329
 4
    Attorney for Plaintiff
 5
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>vs.<br><br>JD COLLISION CENTER, INC. et al.,<br><br>    Defendants. | Case No.: 07 CV 2396<br>IEG (WMc)<br><br>NOTICE OF SETTLEMENT |

NOTICE is hereby given that this case has settled. The parties expect that they will be able to file the Joint Motion of Dismissal on or before April 15, 2008.

LAW OFFICES OF AMY B. VANDEVELD

DATED: 2/22, 2008    By: _/s/ ABV/_____
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

## PROOF OF SERVICE

I, the undersigned, declare that: I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. <u>Case Name/USDC Number</u>:
   **Spikes v. JD COLLISION CENTER**
   **USDC No.: 07 cv 2396 IEG (WMc)**

2. <u>Document(s) served</u>:
   **NOTICE OF SETTLEMENT**

3. <u>Person(s) served/Place of service</u>:
   **F. Sigmund Luther, Esq.**
   **401 West A Street, Suite 1625**
   **San Diego, CA 92101**
   **Facsimile: (619) 239-0541**
   **Counsel for Defendant JAMACHA ROAD ASSOCIATES, LLC**

   **Tomas A. Schpall, Esq.**
   **ROSENBERG, SCHPALL & ASSOCIATES**
   **Wells Fargo Plaza**
   **401 B Street, suite 2209**
   **San Diego, CA 92101**
   **Facsimile: (619) 232-1859**
   **Counsel for Defendants MD AUTO REPAIR AND TIRES, J D COLLISION CENTER, INC. and PRECISION MOTORS**

4. <u>Manner of Service</u>:

   _____ (a) <u>Personal Service</u>: By handing copies of the document(s) to the person served [F.R.Civ.P. 5(b)(2)(A)].

   ✓ (b) <u>Service by Mail</u>: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. [F.R.Civ.P. 5(b)(2)(B); Cal. Code of Civil Procedure, Sections 1013a, 2015]

   _____ (c) <u>Facsimile Transmission</u>: From Fax No. (619) 231-8329 to the facsimile number(s) listed on this proof of service. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [[F.R.Civ.P. 5(b)(2)(D)].

   I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On: 3/3/08

By: _____
LAURIE MILLER

1