Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for KAREL SPIKES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JD COLLISION CENTER, MD AUTO REPAIR & TIRES and PRECISION MOTORS; JAMACHA ROAD ASSOCIATES, LLC and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | Case No.: 07 cv 2396 IEG (WMc)<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

　　**IT IS HEREBY STIPULATED** by and between KAREL SPIKES, Plaintiff, on the one hand, and JD COLLISION CENTER, MD AUTO REPAIR & TIRES and PRECISION MOTORS and JAMACHA ROAD ASSOCIATES, LLC, Defendants, on the other hand, (hereinafter "the Parties") through their respective attorneys of record that said Parties have agreed to resolve the case between them by way of settlement.

　　The Parties further stipulate that Magistrate Judge William McCurine, or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all disputes between the Parties arising out of the Settlement Agreement including, but not

1

1  limited to, interpretation and enforcement of the terms of the
2  Settlement Agreement. The terms of the Settlement Agreement are
3  hereby incorporated in this Joint Motion for Dismissal.
4     The Parties further stipulate, pursuant to Federal Rules of
5  Civil Procedure 41(a) (1,2), that this Court enter a dismissal of
6  Plaintiff's Complaint in USDC Case No. 07 cv 2396 IEG (WMc) in
7  its entirety and with prejudice. The Parties further stipulate
8  that each shall bear its, his or her own costs and fees with
9  respect to any claims they may have against each other in the
10 instant action, except as otherwise set forth in the Settlement
11 Agreement.
12     IT IS SO STIPULATED.
13                            LAW OFFICES OF AMY B. VANDEVELD
14
15 DATED: _____      S/Amy B. Vandeveld
                              AMY B. VANDEVELD,
16                            Attorney for Plaintiff
                              E-mail: abvusdc@hotmail.com
17
18
19                            ROSENBERG SCHPALL & ASSOCIATES
20
21 DATED: ___3/25/08_____
                         By:  Tomas A. Schpall, Esq.
22                            Attorney for Defendants
                              JD COLLISION CNETER, MD AUTO REPAIR
23                            & TIRES and PRECISION MOTORS

24                            LAW OFFICES OF F. SIGMUND LUTHER
25
26 DATED: _____
                         By:  ~~TOMAS A. SCHPALL~~, Esq.
                              Attorney for Defendant
27                            JAMACHA ROAD ASSOCIATES, LLC
28

                                    2

limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement are hereby incorporated in this Joint Motion for Dismissal.

The Parties further stipulate, pursuant to Federal Rules of Civil Procedure 41(a)(1,2), that this Court enter a dismissal of Plaintiff's Complaint in USDC Case No. 07 cv 2396 IEG (WMc) in its entirety and with prejudice. The Parties further stipulate that each shall bear its, his or her own costs and fees with respect to any claims they may have against each other in the instant action, except as otherwise set forth in the Settlement Agreement.

**IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: _____

S/Amy B. Vandeveld
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

ROSENBERG SCHPALL & ASSOCIATES

DATED: _____

By: TOMAS A. SCHPALL, Esq.
Attorney for Defendants
JD COLLISION CENTER, MD AUTO REPAIR
& TIRES and PRECISION MOTORS

LAW OFFICES OF F. SIGMUND LUTHER

DATED: 4/2/08

By: F. Sigmund Luther, Esq.,
Attorney for Defendant
JAMACHA ROAD ASSOCIATES, LLC