FILED
08 APR -8 PM 3:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>vs.<br><br>JD COLLISION CENTER et. al.,<br><br>    Defendants. | Case No.: 07 cv 2396 IEG (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br>(Doc. No. 18.) |

**IT IS HEREBY ORDERED,** that Magistrate Judge William McCurine or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement are hereby incorporated in this Order.

It is further ordered that the Complaint in USDC Case No. 07 CV 2396 IEG (WMc) is hereby dismissed in its entirety and with prejudice. The Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement.

Dated: 4/7/08

HONORABLE IRMA E. GONZALEZ,
U.S. DISTRICT COURT JUDGE